# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 27, 2003

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 01-3745

| | |
|---|---|
| JOANN CAVALIERI, AS PLENARY GUARDIAN OF THE ESTATE OF STEVEN CAVALIERI, A DISABLED PERSON, | Appeal from the United States District Court for the Central District of Illinois. |
| *Plaintiff-Appellee*, | No. 99-CV-2121 |
| *v.* | Michael P. McCuskey, *Judge*. |
| DONALD SHEPARD, | |
| *Defendant-Appellant.*. | |

O R D E R

The Opinion of this court issued on February 24, 2003 should be amended as follows:

Page 13, first paragraph, line 14, "Stephen's" should read "Steven's."